

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
| LINDA S. RESTREPO AND | | No. 08-15-00245-CV |
| CARLOS E. RESTREPO, D/B/A | § | |
| COLLECTIVELY RDI GLOBAL | | Appeal from |
| SERVICES, AND R&D | § | |
| INTERNATIONAL, | | County Court at Law No. 5 |
| | § | |
| Appellants, | | of El Paso County, Texas |
| | § | |
| v. | | (TC # 2012DCV04523) |
| | § | |
| ALLIANCE RIGGERS & | | |
| CONSTRUCTORS, LTD., | § | |
| | | |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that because Appellant is indigent, no order regarding costs is made. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF SEPTEMBER, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)